IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

CINDY GRIEGO,

Plaintiff,

vs.                                                                 No. Civ. 09-00829 RHS-WDS

DIAMOND SHAMROCK STATIONS, INC.

Defendant.

## ORDER GRANTING DEFENDANT'S MOTION
## TO EXTEND DISCOVERY AND MOTION DEADLINES

This matter comes before the Court on Defendant's Motion to Extend the Discovery and Motions Deadlines (Doc. 24). Defendant requests a 30 day extension of the discovery deadline to complete depositions that it was unable to schedule within the original deadline and further requests a 30 day extension of the deadline for the filing of dispositive motions. Plaintiff opposes the motion. The Court notes that no trial date has been set. There appears to be no prejudice to the Plaintiff. The Court finds good cause to grant the motion.

IT IS THEREFORE ORDERED THAT Defendant's Motion to Extend the Discovery and Motions Deadlines (Doc. 24) is granted. The discovery deadline is extended for 30 days from the date of this order, until July 16. Any motions relating to discovery shall be filed by July 26, 2010. The dispositive motions deadline is extended until August 15, 2010.

_____
W. DANIEL SCHNEIDER
UNITED STATES MAGISTRATE JUDGE