## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW MEXICO

CINDY GRIEGO,

Plaintiff,

vs.                                        No. Civ. 09-00829 RHS-WDS

DIAMOND SHAMROCK STATIONS, INC.

Defendant.

## ORDER GRANTING LEAVE TO ALLOW DEPOSITIONS OF PLAINTIFF'S TREATING PHYSICIANS OUTSIDE THE DISCOVERY DEADLINE

**THIS MATTER** came before this Court on Defendant's Motion for Leave to Take the Depositions of Plaintiff's Treating Physicians. (Document #47) This Court has reviewed the Motion and Plaintiff's opposition thereto. The Court finds that the Motion is well taken and should be granted.

**IT IS THEREFORE ORDERED, ADJUDGED AND DECREED** that:

Counsel for both parties are directed to either: 1) confer on or before August 13, 2010 and agree on a date or dates for the depositions of Plaintiff's treating physicians or 2) Plaintiff's counsel will, on or before August 17, 2010 provide Defendant's counsel with three dates for the depositions of the treating physicians and Defendant will pick one.

The settlement conference currently scheduled for August 19, 2010 is vacated and will be rescheduled once the depositions of the treating physicians have been completed. The parties are directed to advise the Court both when the depositions have been scheduled and when they have

been completed.  The parties will be given a date for a settlement conference at that time.

     **IT IS SO ORDERED**.

_____
THE HONORABLE W. DANIEL SCHNEIDER
UNITED STATES MAGISTRATE JUDGE