IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

CINDY GRIEGO,

    Plaintiff,

vs.                                        No. Civ. 09-00829 RHS-WDS

DIAMOND SHAMROCK STATIONS, INC.

    Defendant.

### ORDER GRANTING THE JOINT MOTION
### TO RESCHEDULE THE SETTLEMENT CONFERENCE

       This matter came before the Court on the Parties' Joint Motion to Reschedule the Settlement Conference currently scheduled for October 6, 2010. The Court, having reviewed the premises, finds the Motion to be well taken.

       IT IS THEREFORE ORDERED that the Parties' Joint Motion to Reschedule the Settlement Conference is hereby GRANTED, the Settlement Conference currently scheduled for October 6, 2010 is hereby VACATED and is rescheduled for October 21, 2010 at 1:30 p.m.

       IT IS SO ORDERED.

_____
THE HONORABLE W. DANIEL SCHNEIDER
UNITED STATES MAGISTRATE JUDGE