IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

CINDY GRIEGO,

Plaintiff,

vs.                                                                                                    No. Civ. 09-00829 RHS-WDS

DIAMOND SHAMROCK STATIONS, INC.

Defendant.

## ORDER GRANTING DEFENDANT'S
## MOTION TO COMPEL DISCOVERY

**THIS MATTER** is before the Court on Defendant's Motion to Compel Discovery. (Document #51)  Plaintiff has not filed opposition to the motion, and the time in which to do so has expired.  Therefore, the motion is deemed unopposed. The Court finds that the Motion is well taken and should be granted.

**IT IS THEREFORE ORDERED, ADJUDGED AND DECREED** that Plaintiff is ordered to: 1) provide fully responsive answers to Defendant's discovery requests; 2) provide signed releases for the records requested that are not in Plaintiff's possession; and 3) provide Plaintiff's Rule 26 Initial Disclosures.  The above documentation shall be provided to Defendant's counsel on or before January 13, 2011.  If the documentation is not produced to Defendant's counsel by January 13, 2011 this matter will be subject to dismissal.  Plaintiff is further ordered to pay $400.00 towards Defendant's costs, fees, and other expenses incurred in bringing this motion.

**IT IS SO ORDERED**.

_____
THE HONORABLE W. DANIEL SCHNEIDER
UNITED STATES MAGISTRATE JUDGE