IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

CINDY GRIEGO,

    Plaintiff,

vs.                             No. 09-CV-00829 RHS/WDS

DIAMOND SHAMROCK STATIONS,
INC.

    Defendant.

## STIPULATED ORDER
## PERTAINING TO SEALED FILINGS

THIS MATTER, having come before the Court upon the Court's Order Requiring Defendant to Show Cause and Requiring Plaintiff to Respond to Pending Motions (Doc. 109), and upon the stipulation of the Parties, the Court finds that there is good cause to allow for the filing under seal of materials containing confidential medical information.

NOW, THEREFORE, IT IS ORDERED, ADJUDGED AND DECREED that:

1.     Docs. 105, 106, 107, and 108, together with their exhibits shall remain under seal.

2.     The Parties are permitted to submit under seal future filings if they contain confidential and/or personal identifier information of the Plaintiff.

*Robert Hayes Scott*

HON. ROBERT HAYES SCOTT
UNITED STATES MAGISTRATE JUDGE

<u>APPROVED</u>:


Richard R. Marquez
*Attorney for Plaintiff*


MODRALL, SPERLING, ROEHL,
HARRIS & SISK, P.A.


By
      Donald A. DeCandia
*Attorneys for Defendant*


K:\dox\client\79512\128\W1566068.RTF